UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRANDON ELLIOT WALLER,

Petitioner,

v.

DAVID SHOOK,

Respondent.

CASE NO. 3:26-cv-05738-RAJ-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed the Report and Recommendation ("R&R") of the Honorable Grady J. Leupold, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1) The Court adopts the R&R.

(2) Petitioner's federal habeas Petition is dismissed without prejudice for failure to prosecute pursuant to LCR 41(b)(2) of this Court's Local Rules.

(3) The Clerk is directed to send copies of this Order to Petitioner and to the Hon. Grady J. Leupold.

DATED this 13th day of November, 2026.

The Honorable Richard A. Jones
United States District Judge